# United States District Court
## Southern District of Florida

### Report Commencing Criminal Action

United States of America

Case#: _04- 80102 CR - MADDLEBROOKS_

VS.

_MICHAEL J. CRIME_

Prisoner #: _72136-004_

****************************************************************

To Clerk's Office, United States District Court: (Circle Division)

Miami          Ft. Lauderdale          West Palm Beach          (Ft. Pierce)          Key West

****************************************************************

FILED by_____ D.C.

MAY - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

All Items are to be completed. If not applicable, please enter N/A. For unknown, please enter UNK.

1) Date of Arrest: _5/1/06_          Time of Arrest: _08/10 0_

2) Languages Spoken: _ENG_ Interpreter Needed: ___ Yes   _✓_ No

3) Offenses Charged: _PROBATION  VIOL_
_____

4) United States Citizen: _✓_ Yes   ___ No          ___ Unknown

5) Date Of Birth: _11/3/71_

6) Type of Charging Document:

___ Indictment          ___ Criminal Complaint

___ Bench Warrant          ___ Probation or Supervised Release Warrant

_✓_ Parole Violation Warrant

7) Case #: _04-80102 CR MIDDLEBROOKS_

8) Originating District: _✓_ S/FL   Other (please list): _____

9) Copy of Warrant given to USMS at time of booking: _✓_ Yes          ___ No

10) Amount of Bond Set On Warrant : ___ Detention          Other: _____

If bond, set by whom: _____

11) Case Agent: _MANGURL_          Agency: _USMS_

Phone : _(561) 655-1827_

12) Name of Assistant US Attorney notified at time of arrest: _____

_84_