UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80102-Cr-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL CRAPE,

    Defendant.

_____/

### ORDER OF COMMITMENT PURSUANT TO 18 U.S.C. § 4241(d)(1)

**THIS MATTER** having come before the Court on the Motion of the Federal Public Defender to conduct a competency evaluation of Defendant pursuant to 18 U.S.C. § 4242(b), and said evaluation having been completed and the competency report reviewed by the Court, and neither party objecting to the findings reached by the medical staff at FDC, Miami as to Defendant's present mental competency.

**IT IS THE FINDING** of this Court that Michael Crape, Register No. 72136-004, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

S:\ROSEN\crapecompetencycommmitment.wpd



**ORDERED AND ADJUDGED** that Michael Crape shall be committed to the care and custody of the Attorney General to be hospitalized for treatment in a suitable facility for such a reasonable period of time, not to exceed 120 days, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit a conditional release hearing to proceed in the instant matter.

The treatment facility shall submit a written report on Defendant's condition to this Court no later than 120 days from the date of admission to the treating facility.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 3 day of August 2006.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE

CC: Bill Zloch, AUSA
    Robin C. Rosen-Evans, AFPD
    U.S. Marshal Service (2 certified copies)
    FDC, Miami

S:\ROSEN\crapecompetencycommmitment.wpd