UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-80102-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MICHAEL CRAPE,

    Defendant.
_____/



## ORDER REVOKING CONDITIONAL RELEASE

This cause came before the Court on the Government's Motion to Revoke Defendant's Conditional Release (DE:79) filed April 5, 2005 and the Court being duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Government's Motion to Revoke Defendant's Conditional Release (DE:79) is **GRANTED**.

2. Defendant's conditional release is hereby **REVOKED**. The Defendant shall be committed to the custody and care of the Attorney General to be hospitalized at a suitable facility until he is eligible for release pursuant to he provisions of 18 U.S.C. § 4243. This Court recommends the Bureau of Prisons house the Defendant at its medical facility in Butner, North Carolina, or other suitable medical facility.

3. Commencing January 2, 2008, the Director of the facility where the Defendant is committed shall prepare annual reports concerning the mental condition and continued need for hospitalization of the Defendant pursuant to the provisions 18 U.S.C. § 4247(e)(1)(B). The reports

shall be submitted to the Court, with copies to the Assistant United States Attorney, the Defendant's Assistant Federal Public Defender, the United States Probation Office for the Southern District of Florida, and the United States Secret Service. The United States Secret Service shall not disclose the information in the reports prepared by the Director of the facility for any purpose other than carrying out protective duties set forth in 18 U.S.C. § 3056(a).

4. When the Director of the facility where the Defendant is committed determines that the Defendant has recovered from his mental disease or defect to such an extent that his release or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another or serious damage to the property of another, a certificate under 18 U.S.C. § 4243(f) shall be promptly filed with the clerk of court and copied to the Defendant's Attorney, the Attorney for the Government, the United States Probation Office for the Southern District of Florida, and the United States Secret Service. At such time, this court shall hold a hearing pursuant to the provisions of 18 U.S.C. § 4247(d) to determine whether the Defendant should be released.

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida on December 19, 2007.

Copies furnished to:

    William T. Zloch, AUSA
    Robin C. Rosen-Evans, AFPD
    United States Probation Office Southern District of Florida
    United States Marshals Service
    United States Secret Service

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE