UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80102-Cr-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL CRAPE,

        Defendant.
_____/

## ORDER OF COMMITMENT FOR
## VIOLATION OF CONDITIONAL RELEASE

THIS CAUSE having come before the Court on allegations that Defendant, Michael Crape, has violated the terms of his conditional release. After a hearing on May 4, 2009, the Court finds that the Defendant has violated his conditional release by mailing, distributing, and otherwise transmitting threatening communications. The Court further finds, in light of the Defendant's failure to comply with the conditions of his release, that the Defendant's continued release would create a substantial risk of bodily injury to another person or serious damage to property of another.

Accordingly, for the above reasons, it is **ORDERED AND ADJUDGED** that the Defendant's conditional release is hereby revoked and he is committed to the custody of the Attorney General of the United States until he is eligible for release pursuant to the

provisions 18 U.S.C. § 4243.

**DONE** and **ORDERED** in Chambers, at West Palm Beach, Florida on May 7, 2009.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

William T. Zloch, AUSA
Robin C. Rosen-Evans, AFPD
United States Probation Office Southern District of Florida
United States Marshals Service