UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-80102-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL CRAPE,

    Defendant.

_____/

## ORDER OF CONDITIONAL RELEASE

THIS MATTER comes before the Court after a finding by the clinical staff at the Federal Medical Center in Devens, Massachusetts ("FMC Devens") that the defendant has recovered from his mental illness to such an extent that his Conditional Release under a prescribed regimen of treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. The Court being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**, pursuant to the provisions of 18 U.S.C. § 4243(f), that the defendant be conditionally released pursuant to the prescribed regimen of medical, psychiatric, and psychological care and treatment set forth below, which was certified as appropriate by then Warden David Winn, of the FMC Devens, the facility where the defendant is presently committed, and which this Court finds to be appropriate:

1.    The defendant shall reside at Kinsey & Kinsey, located at 1750 Douglas, West Palm Beach, Florida. Staff at Kinsey & Kinsey will assist in monitoring the defendant's status and compliance with the conditions of release. Any change in residence must be approved by the

defendant's assigned United States Probation Officer. Today, September 16, 2010, the defendant will be picked up from the U.S. Marshals' Office by Robert Baker, a representative of Kinsey & Kinsey, to be transported to that facility.

2. The defendant shall participate in mental health and medical services deemed necessary and will comply with treatment recommendations made by the probation officer or by the mental health professionals at the Oakwood Mental Health Center. This would include admission to a psychiatric hospital on an inpatient basis should it be warranted.

3. The defendant shall be monitored by mental health professionals for evidence of psychiatric difficulties and shall continue to take all medications as ordered and which may be adjusted by the clinicians at the Oakwood Mental Health Center.

4. The defendant shall be supervised by the United States Probation Office, Southern District of Florida. This includes his voluntary consent to release information between his probation officer and treating mental health staff.

5. Pursuant to Title 18, United States Code, Section 4247(e), annual reports shall be filed by the probation office with the Court, with copies to the Assistant U.S. Attorney, the defendant's Federal Public Defender, and the Warden at FMC Devens.

6. The defendant shall remain under the supervision of the U.S. Probation Office until he is discharged by this Court from his conditional release. The primary treatment provider may be changed with approval of the U.S. Probation Office.

7. The Court shall hold a status hearing in one year.

It is further **ORDERED AND ADJUDGED** that the defendant's release is conditioned on his compliance with the below prescribed regimen of medical, psychiatric and psychological care and treatment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 16 day of September, 2010.

Donald M. Middlebrooks
United States District Judge

cc: William T. Zloch, AUSA
Robin Rosen-Evans, AFPD
Heath Schur, U.S. Probation Officer
United States Marshals Service
Forensic Staff, FMC Devens