UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04–80102-CR-MIDDLEBROOKS

FILED by _____ D.C.

DEC 03 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

UNITED STATES OF AMERICA,
Plaintiff

vs.

Michael Crape
Defendant
_____/

ORDER VACATING
CONDITIONAL RELEASE
PETITION AND WARRANT

THIS MATTER is before the Court pertaining to a violation of conditional release filed by the United States Probation Office on November 30, 2010, and signed by the Court on November 30, 2010. The Court being duly advised in the premises and after due consideration, it is

**ORDERED AND ADJUDGED** that the Petition For Warrant For Offender Under Supervision, signed on November 30, 2010, be and the same is hereby **VACATED**, set aside and of no further force and effect.

**DONE AND ORDERED** in the Chambers at West Palm Beach, Palm Beach County, Florida, this _3_ Day of _Dec_, 2010.

The Honorable Donald M. Middlebrooks
United States District Judge
West Palm Beach, FL

Copies furnished:

AUSA
Defense
United States Probation