**United States Government**
MEMORANDUM

DATE: October 1, 2012

FROM: Heath Schur
U.S. Probation Officer
Boca Raton, FL
(561) 999-4812
(786)269-5800-cell

SUBJECT: **CRAPE, Michael**
**Docket No. 04-80102-Cr Middlebrooks**
**SD/FL PACTS No. 75562**

TO: The Honorable Donald M. Middlebrooks
United States District Judge
West Palm, FL



## ANNUAL PROGRESS REPORT

Your Honor, please find attached a copy of the Order Finding the Defendant Not Guilty by Reason of Insanity and Placing the Defendant on a Period of Conditional Release. There was no Presentence Investigation Report ordered in this case.

On May 31, 2005, pursuant to Title 18, United States Code, Section 4243(f), the defendant Michael Crape, came under supervision of the United States Probation Office as a conditional release case. The defendant was found not guilty by reason of insanity.

On March 30, 2006, while on conditional release, in Palm Beach County, Florida, the defendant was arrested by the West Palm Beach Sheriff's Office and charged with violations of Florida State Statute 836.10, sending written threats to kill or cause seriously bodily injury. Mr. Crape's conditional release was subsequently revoked.

Mr. Crape was again released into the community on September 16, 2010, with an annual status hearing included as part of his conditional release requirements.

Mr. Crape was referred to outpatient treatment provided at the Jerome Golden Center for Behavioral Health, formerly known as Oakwood Community Mental Health Center. His medications are monitored by staff and he is seen by his case manger every two weeks. Mr. Crape also attends groups at their treatment day program to further address his mental health needs.

On September 2, 2011, an annual progress report to the Court, probation recommended Mr. Crape continue on conditional release to monitor Mr. Crape's commitment to treatment.

Honorable Donald M. Middlebrooks
United States District Judge
October 1, 2012

                            RE:    **Crape, Michael**
                                         Docket No. 04-80102-cr-Middlebrooks
                                         SD/FL PACTS No. 75562

      Presently, Mr. Crape is residing at an adult living facility, funded through the Jerome Golden Center for Behavioral Health, located at 3217 Broadway, West Palm, Florida 33407. James Gee his Case Manger has reported to this Officer, Mr. Crape's full compliance with all medication and program recommendations. Dr. Mouvielle Caro, and Case Manager, James Gee, respectfully recommends that Mr.Crape be discharged from his conditional release.

**Recommendation**

      Based on Mr. Crape's progress while on conditional release for the past (2) two years, the United States Probation Office in conjunction with the United States Attorney's office believe Mr. Crape has complied with all conditions imposed by the court. Probation would recommend Mr. Crape be discharged from conditional release.

      Should Your Honor have any questions in regards to this matter, please feel free to contact this officer.

                                                                Respectfully submitted,

**Reviewed by:** _____
                        Lonzo Lowery, Supervising
                        U. S. Probation Officer
                        (561)999-4810
                        (954) 445-3808-cell

---

THE COURT ORDERS:

[ ] Continue on Conditional Release
[X] Discharge from Conditional Release
[ ] Conduct a Status Hearing
[ ] Other

                                                      Signature of Judicial Officer

                                                      10/2/12
                                                      Date